This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------

No. 52
In the Matter of World Trade
Center Lower Manhattan Disaster
Site Litigation.
----------------------------------
Stanislaw Faltynowicz, et al.,
        Appellants,
State of New York,
        Intervenor-Appellant,
        v.
Battery Park City Authority, et
al.,
        Respondents.
----------------------------------
Santiago Alvear,
        Appellant,
State of New York,
        Intervenor-Appellant,
        v.
Battery Park City Authority,
        Respondent.
----------------------------------
Peter Curley et al.,
        Appellants,
State of New York,
        Intervenor-Appellant,
        v.
Battery Park City Authority,
        Respondent.
            Paul J. Napoli, for appellants Alvear and Curley et al.
            Gregory J. Cannata, for appellants Faltynowicz, et al.
            Andrew W. Amend, for intervenor-appellant.
            John M. Flannery, for respondents.


*    *    *    *    *    *    *    *    *    *    *    *    *    *    *


Certification of questions by the United States Court of Appeals
for the Second Circuit, pursuant to section 500.27 of this
Court's Rules of Practice, accepted and the issues presented are
to be considered after briefing and argument.  Chief Judge
DiFiore and Judges Rivera, Abdus-Salaam, Stein, Fahey and Garcia
concur.  Judge Wilson took no part.


Decided February 9, 2017